## Schiavo Brothers, Inc. *v.* Clearview Land Development Corporation, Appellant.

■ Argued September 15, 1972. *L. Mullen*, with him *Alvin S. Ackerman*, for appellant; *Edward Jay Weiss*, with him *Joseph C. Mansfield*, for appellee.

OPINION PER CURIAM : Order reversed and the record remanded to the court below for a hearing on the issues raised by defendant's preliminary objections.

## Simon *v.* Isaacson, Appellant.

Argued September 15, 1972. *Barry F. Greenberg*, with him *Perry S. Bechtle*, and *Cohen, Shapiro, Polisher, Shiekman & Cohen*, for appellant; *Marshall A. Bernstein*, with him *Bernstein, Bernstein, Harrison & Kessler*, for appellee.

Judgment affirmed.